UNSEALED PER ORDER OF COURT

FILED
SEP 18 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

1  LAURA E. DUFFY
   United States Attorney
2  SABRINA L. FEVE
   Assistant United States Attorney
3  California Bar No. 226590
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-6786

6  Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>ZHANG ZHANG-GUI,<br><br>           Defendant. | Case No. 13CR3132-H<br><br>APPLICATION FOR ORDER PERMITTING DISSEMINATION OF SEALED INDICTMENT FOR LAW ENFORCEMENT PURPOSES AND ORDER THEREON<br><br>[FILED UNDER SEAL] |

   The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, and Sabrina L. Fève, Assistant U.S. Attorney, hereby applies to the Court for an order authorizing the United States to disseminate copies of the sealed Indictment in this matter to domestic and foreign governmental agencies for law enforcement purposes.

   In support of this application, the United States alleges and states the following:

   1.  On August 23, 2013, a grand jury handed up a sealed Indictment charging ZHANG Zhang-gui with Conspiracy to Commit Computer Hacking (Count 1) and Computer Hacking (Count 2).

2.  At this time, agents with the Federal Bureau of Investigation (FBI) believe that ZHANG resides in the People's Republic of China. To facilitate ZHANG's apprehension, the United States seeks to disseminate the sealed Indictment to domestic and foreign governmental agencies, as needed.

3.  ZHANG has yet to be arrested or to be arraigned on the Indictment. If he were to learn of the Indictment and this Application and Order, agents with the FBI believe that the ZHANG would attempt to flee from and evade prosecution, and that he and his uncharged coconspirators would be likely to destroy evidence. The United States accordingly requests that it be permitted to disseminate the sealed Indictment for law enforcement purposes to domestic and foreign governmental agencies while maintaining the Indictment and this Application and Order under seal, subject to further order of the Court

DATED: September 18, 2015

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

SABRINA L. FEVE
Assistant U.S. Attorney

2